### In the Interest of M.M., Juvenile/Appellant.

#### No. 66024.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 7, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 7, 1995.

Christine R. Sullivan, St. Louis, for appellant.

John T. McCaffrey, St. Louis, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

#### ORDER

PER CURIAM.

Juvenile appeals from the juvenile court's order, modifying a previous order of disposition, committing him to the care, custody and control of the Division of Youth Services. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only,

the precursor to RSMo § 534.300.

setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).